FREDERICK A. TROWBRIDGE, as Executor of HENRY
TROWBRIDGE, Deceased, Respondent, *v.* ELLIS P.
EARLE et al., Defendants.

GEORGE C. MARTENS, Appellant.

*Trowbridge* v. *Earle*, 184 App. Div. 960, appeal dismissed.

(Argued January 7, 1919; decided January 21, 1919.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 21, 1918, which *unanimously* affirmed an order of
the Queens County Court denying the motion of George
C. Martens to be relieved of his purchase at a fore-
closure sale in the above-entitled action and to return
to him ten per cent of the purchase price paid by him
to the referee at the time of said sale and for a further
order directing plaintiff to pay the said purchaser interest
on said moneys together with the costs and expenses of
examining the title. Leave was not obtained either from
the Appellate Division or from this court to appeal
from said order of affirmance, nor were any questions
certified by the Appellate Division which in its opinion
ought to be reviewed by this court. Defendant con-
tended, consequently, that this court had no jurisdic-
tion to hear or entertain the appeal.

*Richard T. Greene* and *Daniel S. Murphy* for appellant.
*Arthur P. Hilton* and *Frederick N. Smith* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
POUND, MCLAUGHLIN and ANDREWS, JJ.